```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
```

KAREN KINCAID BALMER, as Receiver for
the FNMA,

                              Plaintiff,    <u>ORDER</u>

            - against -            CV 2005-0839 (NG)(MDG)

1716 REALTY LLC ETC.,

                              Defendant.

```
- - - - - - - - - - - - - - - - - -X
```

    Levin & Glasser, Esq. having moved to withdraw as counsel for plaintiff KAREN KINCAID BALMER, as Receiver and having served a copy of their motion papers upon the plaintiff; this motion having been heard on July 19, 2006 and the client and plaintiff having appeared and not opposed the motion;

    Now, after consideration of the motion and prior proceedings herein, the Court finds that the client's acknowledged inability to compensate counsel in the future except on a contingency fee basis and counsel's reluctance to continue employment on this basis constitutes a "satisfactory reason" for withdrawal, as required by Local Rule 1.4.  Therefore, it is hereby

    ORDERED that the motion of Levin & Glasser to withdraw as counsel for plaintiff is granted, but subject to compliance with all the conditions of this Order; and it is further

    ORDERED, that withdrawing counsel, who has advised the Court that it asserts no retaining lien against the client files, must promptly transmit said files to the plaintiff or new counsel for

plaintiff upon request; and it further

ORDERED that withdrawing counsel must serve plaintiff with a copy of this Order, together with a notice advising the former client, the address and telephone number of the Court all counsel for the other party or parties in this action and file proof of service of said notice with this Court; and it is further

ORDERED that all discovery in this action is stayed for 45 days to give plaintiff an opportunity to obtain new counsel; and it is further

ORDERED that plaintiff must respond to outstanding discovery requests by September 20, 2006,

ORDERED that until such time as new counsel for plaintiff enters a notice of appearance, service of papers by mail upon plaintiff at her office address shall be deemed sufficient service, and it is further

ORDERED that a status conference will be held in the above-captioned case on September 26, 2006 at 10:30 a.m. before Marilyn D. Go, United States Magistrate Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No request for adjournment will be considered unless made at least seventy-two (72) hours before the scheduled conference.

**SO ORDERED.**

Dated: Brooklyn, New York
July 25, 2006

/s/
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE